IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FELIX DUANE HOLBROOK                                                              PETITIONER

V.                                                      CIVIL ACTION NO. 3:15-cv-126-DPJ-FKB

STATE OF MISSISSIPPI
and LAUDERDALE COUNTY                                                        RESPONDENTS

**ORDER OF DISMISSAL**

This cause is before the Court *sua sponte*.  At the time he filed this action, *pro se*

Petitioner Felix Duane Holbrook was incarcerated at the Lauderdale County Detention Center in

Meridian, Mississippi.  On June 15, 2015, the Court ordered [8] Holbrook to file a response

indicating the status of the charges against him and results of his April 6, 2015, trial setting.  The

Order [8] was returned as undeliverable [9].  On July 28, 2015, the Court entered an Order to

Show Cause [10], directing Holbrook to show cause by August 14, 2015, why this case should

not be dismissed for failure to prosecute and failure to file a response to the Court's Order [8].

This Order [10] was also returned as undeliverable [11].

To date, Holbrook has not filed his Response, notified the Court of his address change, or

otherwise contacted the Court.  In each of the Court's prior Orders [5, 8, 10], Holbrook was

advised that a failure to keep the Court apprised of his address and/or a failure to comply with

any Court Order may result in dismissal.[1]

Accordingly, the Court finds that this action should be dismissed without prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure

---

[1] On March 25, 2015, the Court granted Petitioner's motion to proceed in forma pauperis and warned him that a failure to advise the Court of a change of address will result in dismissal. Order [5].

58.

   **SO ORDERED AND ADJUDGED** this the 24nd day of August, 2015.


                            s/ *Daniel P. Jordan III*
                            UNITED STATES DISTRICT JUDGE